CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
December 02, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FREDDIE LEE HARLESS JR., | |
| Plaintiff, | Case No. 7:25-cv-00734 |
| v. | **MEMORANDUM OPINION** |
| RICK ALSBROOK, *et al.*, | By:   Hon. Thomas T. Cullen |
| | United States District Judge |
| Defendants. | |

Plaintiff Freddie Lee Harless Jr., proceeding *pro se,* filed this civil-rights action under 42 U.S.C. § 1983 against several employees of the Southwest Virginia Regional Jail Authority. (*See* ECF No. 1.)

On October 10, 2025, the court entered an order directing Plaintiff to provide the court with a prisoner trust account report for the six-month period immediately preceding the filing of his complaint and advising Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the court with his new address. (*See* ECF No. 3, at 2–3.) The court advised Plaintiff that his failure to timely provide the court a completed prisoner trust account report or an updated address would result in dismissal of this action. (*Id.*)

On October 30, 2025, the order mailed to Plaintiff was returned as undeliverable. (*See* ECF No. 4.) Since filing his complaint, Plaintiff has not provided the court with an updated address or otherwise pursued his claims in this court.

Because Plaintiff has failed to prosecute his claims and has not paid the filing fee, the court will dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(b); 28 U.S.C. § 1914.

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 2nd day of December, 2025.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE